Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

BARBARA HUBBARD,
Plaintiff,

vs

WALGREEN CO. dba WALGREENS #06255; 1 HUNTER, LLC; 1 LAKE, LLC,
Defendants.

FILED
08 JAN 11 PM 4:35
CLERK, U.S. DISTRICT C...
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDV   DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No.

**'08 CV 0072 JM POR**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lynn Hubbard, III, SBN 69773
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane, Chico, CA 95926
(530) 895-3252

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JAN 1 1 2008
DATE

By P. DELACRUZ, Deputy Clerk

Summons in a Civil Action                                                              Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)