| Attorney or Party without Attorney: <br> Law Offices Of: LYNN HUBBARD III <br> 12 WILLIAMSBURG LANE <br> Chico, CA  95926 <br> Telephone No: 530 895-3252    FAX No: 530 894-8244 <br><br> Attorney for: Plaintiff | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | | Ref. No. or File No.: <br> HUBBARD v. WALGREENS (I STREET | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Southern District Of California | | | | | |
| Plaintiff: BARBARA HUBBARD | | | | | |
| Defendant: WALGREEN CO. dba WALGREENS #06255, et al. | | | | | |
| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 08 CV 0072 JM POR | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; PLAINTIFF'S COMPLAINT

3. a. Party served:                    WALGREEN CO. dba WALGREENS #06255
   b. Person served:                   BECKY DeGEORGE, a person authorized to accept for the party in item 3.a..

4. Address where the party was served:  CSC-LAWYERS INCORPORATING SERVICE
                                         2730 Gateway Oaks Drive
                                         Suite 100
                                         Sacramento, CA  95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jan. 22, 2008 (2) at: 2:40PM

7. **Person Who Served Papers:**                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jim Wardlow                              d. **The Fee** for Service was:    $33.00
   b. **ALL PRO ATTORNEY SERVICES**            e. I am: (3) registered California process server
      2410 FAIR OAKS BOULEVARD                    (i)   Owner
      SUITE 125                                   (ii)  Registration No.:     87-010
      Sacramento, CA  95825                       (iii) County:               Sacramento
   c. (916) 974-7421, FAX (916) 974-7442

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Wed, Jan. 23, 2008

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007                **PROOF OF SERVICE SUMMONS**            (Jim Wardlow)           hubbard.40649