Summons in a Civil Action (Rev 11/97)

# United States District Court

FILED

## SOUTHERN DISTRICT OF CALIFORNIA

2008 FEB 15  PM 12: 41

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

1 HUNTER, LLC; 1 LAKE LLC
*Cross-Claimants*

vs

BY_____DEPUTY

**SUMMONS IN A CIVIL ACTION** FOR A
Case No. '08 cv 0072 JM POR   CROSS-CLAIM

WALGREEN CO., dba
WALGREENS # 06255

*Cross-Defendants*

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

John W. Howard
J.W. Howard Attorneys, Ltd.
1508 West Lewis Street
San Diego, CA 92103   Tel: 619/234-2842

An answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

FEB 15 2008

W. Samuel Hamrick, Jr.

_____
CLERK

_____
DATE

K. HAMMERLY

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)