*Hubbard v. Walgreen Co., et al*
Southern District, United States District Court of California, Case No. 08-cv-0072

## DECLARATION OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am an employee of Berry & Block LLP, and my business address is 2150 River Plaza Drive, Suite 415, Sacramento, CA 95833. On this day I caused to be served the following document(s):

**DEFENDANT, WALGREEN CO.'S, ANSWER TO PLAINTIFF'S COMPLAINT**

☒   by placing ☐ the original ☒ a true copy into sealed envelopes addressed and served as follows:

**Attorney for Plaintiff**
Lynn Hubbard, III
Scottlynn J. Hubbard, IV
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, CA 95926
(530) 895-3252; Fax: (530) 895-8244

☐   **BY MAIL:** I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given fully prepaid postage and is then deposited with the U.S. Postal Service at Sacramento, California, after the close of the day's business.

☐   **BY PERSONAL DELIVERY**: I caused such envelope to be delivered by hand.

☐   **BY OVERNIGHT COURIER:** I caused such envelope to be placed for collection and delivery in accordance with standard overnight delivery procedures for delivery the next business day.

☐   **BY FACSIMILE:** I caused such documents(s) to be transmitted by facsimile transmission from (916) 564-2024 to the person(s) and facsimile transmission without number(s) shown about. The facsimile transmission was reported as complete without error and a transmission report was properly issued by the transmitting facsimile machine. A true and correct copy of the transmission report will be attached to this proof of service after facsimile service is completed.

☒   **BY FEDERAL ELECTRONIC FILING:** I caused such document(s) to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing and copies of the document(s) to the parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on *February 19, 2008*, at Sacramento, California.

                                                 /s/ Jenny O'Shaughnessy
                                                  Jenny O'Shaughnessy

**PROOF OF SERVICE**