JOHN W. HOWARD, State Bar No. 80200
MICHELLE D. VOLK, State Bar No. 217151
JW Howard/Attorneys, LTD.
1508 West Lewis Street
San Diego, CA 92103
Telephone:   (619) 234-2842
Telefax:     (619) 234-1716
Email:       johnh@jwhowardattorneys.com
             michellev@jwhowardattorneys.com

Attorneys for Defendants/Cross-Claimants, 1 Hunter LLC and 1 Lake LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD<br><br>Plaintiff,<br><br>vs.<br><br>WALGREEN CO. dba WALGREENS #06255; 1 HUNTER, LLC; 1 LAKE LLC,<br><br>Defendants.<br><br><br>1 HUNTER, LLC; 1 LAKE LLC,<br><br>Cross-Claimants<br><br>vs.<br><br>WALGREEN CO.,dba WALGREENS #06255<br><br>Cross-Defendants | Case No. '08 CV 0072 JM POR<br><br>**REQUEST TO RESCHEDULE EARLY NEUTRAL EVALUATION ORDERED FOR APRIL 15, 2008**<br><br><br><br><br><br><br><br><br><br><br>Complaint filed: Jan. 11, 2008 |

///

TO THE COURT AND ALL PARTIES HEREIN:

Defendants/Cross-Claimants, 1 Hunter LLC and 1 Lake LLC respectfully request that the Court reschedule the Early Neutral Evaluation ordered by this Court for April 15, 2008 at 10:00 a.m. due to a scheduling conflict. John W. Howard, counsel for 1 Hunter LLC and 1 Lake LLC, is required to be at a court hearing in Reno, Nevada that same day and thus will be unable to attend.

Defense counsel is available for a The Early Neutral Evaluation any day the week of April 7 or any day between April 21 and April 30, 2008.

Dated:  Feb. 28, 2008

Michelle D. Volk
Attorney for Defendants
1 Hunter, LLC and 1 Lake, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2008, I electronically filed the foregoing *REQUEST TO RESCHEDULE EARLY NEUTRAL EVALUATION ORDERED FOR April 15, 2008* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following via their e-mail address:

Lynn Hubbard, III
Law Offices of Lynn Hubbard
12 Williamsburg Lane
Chico, CA 95926
**Email: usdcso@hubslaw.com**

Rex Darrell Berry
Scott M. Plamondon
Berry & Block LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA 95833
**Email**: **splamondon@berryblock.com**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of February 2008 at San Diego, California.

*/s/ Elisa Marino*
_____
Elisa Marino