# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

1 HUNTER, LLC; 1 LAKE LLC
  Cross-Claimants

vs

WALGREEN CO., dba
WALGREENS # 06255
  Cross-Defendants

SUMMONS IN A CIVIL ACTION  FOR A
Case No. '08 cv 0072 JM POR   CROSS-CLAIM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

John W. Howard
J.W. Howard Attorneys, Ltd.
1508 West Lewis Street
San Diego, CA 92103  Tel: 619/234-2842

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

FEB 15 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me | DATE 2/19/08 |
| NAME OF SERVER  Jim Wardlow | TITLE  Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 2730 Gateway Oaks Dr #100 S *Sacramento, CA 95833*

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES $77.50 | TOTAL $77.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:    02/29/08                              *See attached*
                    Date                              Signature of Server

                                                      Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| John W. Howard, Esq.<br>J.W. Howard/Attorneys, Ltd.<br>1508 West Lewis Street   San Diego, CA 92103 | SBN: 80200 | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.: (619) 234-2842   FAX NO. (Optional): (619) 234-1716<br>E-MAIL ADDRESS (Optional): | | |

UNITED STATES DISTRICT COURT
STREET ADDRESS: 940 FRONT ST. ROOM 1160
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101-8900
BRANCH NAME: SOUTHERN

PLAINTIFF (name each): 1 Hunter, LLC; 1 Lake LLC
DEFENDANT (name each): Walgreen Co., dba Walgreens #06255

CASE NUMBER:
'08 cv 0072 LM POR

**PROOF OF SERVICE**

HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:

---

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

Summons in a Civil Action For A Cross-Claim; Cross-Claim For Indemnity; Answer to Complaint by Defendants 1 Hunter, LLC and 1 Lake, LLC

PARTY SERVED: Walgreen Co., dba Walgreens #06255

PERSON SERVED: Becky DeGeorge - Agent for Service

DATE & TIME OF DELIVERY: February 19, 2008
02:55 pm

ADDRESS, CITY, AND STATE: 2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833
(BUSINESS)

MANNER OF SERVICE:
Personal Service - By Personally delivering copies.

Fee for Service: 77.50
County: Sacramento
Registration No.: 87-010
E.S.Q. Services, Inc.
2121 Fifth Avenue, Suite 203
San Diego, CA 92101
(619) 296-0120

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on February 29, 2008.

Signature: _____
Jim Wardlow

**PROOF OF SERVICE**