Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| Barbara Hubbard, | Case No. 08cv0072 JM (POR) |
|---|---|
| Plaintiff, | **Notice of Settlement** |
| vs. | |
| Walgreen Co., et al., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the aforementioned matter known as *Hubbard v. Walgreen Co., et al.,* Case No. 08cv0072 JM (POR), has been resolved.  The parties anticipate filing a Joint Motion for Dismissal within six weeks.

Dated: April 1, 2008          DISABLED ADVOCACY GROUP, APLC


 /s/ Lynn Hubbard, Esquire          /
LYNN HUBBARD, III
Attorney for Plaintiff