UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WALGREEN CO., dba Walgreens # 06255; 1 LAKE, LLC; 1 HUNTER, LLC,<br><br>　　　　　　　　　　Defendants. | Civil No.　08-cv-00072-JM (POR)<br><br>**ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE AND SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On April 1, 2008, counsel for Plaintiff filed a Notice of Settlement, representing that this matter has been resolved. (Dkt. No. 14.) Counsel for Defendants have since represented same to the Court. Accordingly, IT IS HEREBY ORDERED:

1. The Early Neutral Evaluation conference scheduled for April 11, 2008 at 9:00 a.m. shall be VACATED.

2. A Joint Motion for Dismissal shall be submitted to the Honorable Jeffrey T. Miller on or before **May 9, 2008.** A courtesy copy shall be delivered to the chambers of the Honorable Louisa S. Porter. The courtesy copy may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

3. If a Joint Motion for Dismissal is not submitted on or before May 9, 2008, then a Settlement Disposition Conference shall be held on **May 12, 2008,** at **9:30 a.m.** before Judge Porter. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Plaintiff's counsel shall initiate and coordinate the conference call.

///

4.    If a Joint Motion for Dismissal is received on or before May 9, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

DATED: April 9, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:    The Honorable Jeffrey T. Miller
       all parties