Lynn Hubbard, III, State Bar No. 69773
Scottlynn J. Hubbard IV, State Bar No. 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone:   (530) 895-3252
Telefax:       (530) 894-8244

Attorneys for Plaintiff


John W. Howard, State Bar No. 80200
Michelle D. Volk, State Bar No. 217151
**JW Howard/Attorneys, LTD.**
1508 West Lewis Street
San Diego, CA 92103
Telephone:   (619) 234-2842
Telefax:       (619) 234-1716

Attorneys for Defendants/Cross-Claimants, 1 Hunter LLC and 1 Lake LLC


Scott M. Plamondon, State Bar No. 212294
**Berry & Block LLP**
2150 River Plaza Drive, Suite 415
Sacramento, CA 95833
Telephone:   (916) 564-2000
Telefax:       (916) 564-2024

Attorney for Defendant/Cross-Defendant Walgreen Co.
dba Walgreens #06255

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD | ) Case No. '08 CV 0072 JM POR |
| Plaintiff, | ) |
| vs. | ) |
| WALGREEN CO. dba WALGREENS #06255; 1 HUNTER, LLC; 1 LAKE LLC, | ) **JOINT MOTION FOR DISMISSAL** |
| Defendants. | ) |

| | |
|---|---|
| 1 HUNTER, LLC; 1 LAKE LLC, | ) |
| Cross-Claimants | ) |
| vs. | ) |
| WALGREEN CO.,dba WALGREENS #06255 | ) |
| Cross-Defendants | ) Complaint filed: Jan. 11, 2008 |

PURSUANT TO A SETTLEMENT AGREEMENT AND RELEASE, it is hereby jointly requested, by plaintiff, BARBARA HUBBARD, defendant/cross-defendant, WALGREEN CO. dba WALGREENS #06255, and defendants/cross-claimants 1 HUNTER, LLC and 1 LAKE, LLC, that this Court enter a dismissal <u>with prejudice</u> of plaintiff's complaint and defendants/cross-claimants 1 HUNTER, LLC and 1 LAKE, LLC's cross-complaint against defendant/cross-defendant, WALGREEN CO. dba WALGREENS #06255 in the above-entitled action, pursuant to Fed. R. Civ. Proc. 41.

The dismissal with prejudice shall dismiss this action in its entirety, including the complaint and cross-complaint filed in this matter.

**DISABLED ADVOCACY GROUP, APLC**

Dated: May 9, 2008        /s/ Lynn Hubbard, III

LYNN HUBBARD, III
Attorney for Plaintiff Barbara Hubbard

///
///

**BERRY & BLOCK**

Dated: May 9, 2008

/s/ Scott Plamondon
_____
SCOTT PLAMONDON
Attorney for Defendant/Cross-Defendant
Walgreen Co.

**J.W. HOWARD ATTORNEYS, LTD**

Dated: May 9, 2008

/s/ John W. Howard
_____
JOHN W. HOWARD
Attorney for Defendants/Cross-Claimants
1 Hunter, LLC and 1 Lake, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May, 2008, I electronically filed the foregoing *JOINT MOTION FOR DISMISSAL* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following via their e-mail address:

Lynn Hubbard, III
Law Offices of Lynn Hubbard
12 Williamsburg Lane
Chico, CA 95926
**Email: usdcso@hubslaw.com**

Rex Darrell Berry
Scott M. Plamondon
Berry & Block LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA 95833
**Email**: **splamondon@berryblock.com**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of May 2008 at San Diego, California.

/s/ *Elisa Marino*
_____
Elisa Marino