UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD | ) Case No. '08 CV 0072 JM POR |
| Plaintiff, | ) |
| vs. | ) |
| WALGREEN CO. dba WALGREENS #06255; 1 HUNTER, LLC; 1 LAKE LLC, | ) **ORDER ON JOINT MOTION FOR DISMISSAL** |
| Defendants. | ) |
| | |
| 1 HUNTER, LLC; 1 LAKE LLC, | ) |
| Cross-Claimants | ) |
| vs. | ) |
| WALGREEN CO., dba WALGREENS #06255 | ) |
| Cross-Defendants | ) Complaint filed: Jan. 11, 2008 |

This Court hereby GRANTS the parties' Joint Motion for Dismissal and will forthwith enter a dismissal with prejudice of plaintiff's complaint and defendants/cross-claimants 1 HUNTER, LLC and 1 LAKE, LLC's cross-complaint against defendant/cross-defendant, WALGREEN CO. dba WALGREENS #06255 in the above-entitled action.

This Order shall dismiss this action in its entirety.

**IT IS SO ORDERED.**

Dated: May 12, 2008

_____
Judge of the United States District Court